UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Dehn's Innovations LLC | § | Civil Action No. |
| | § | |
| Plaintiff, | § | 3:11-cv-3042 |
| | § | |
| v. | § | |
| | § | |
| Total Import Solutions, Inc. d/b/a | § | |
| Nanoskin Car Care Products, Ga-Rew | § | **JURY TRIAL DEMANDED** |
| Corp., Kaga Hasegawa, an | § | |
| Individual, and Steven Levy, | § | |
| an Individual | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANTS GA-REW CORP. AND KAGA HASEGAWA

Plaintiff Dehn's Innovations, LLC (hereinafter "Dehn") and Defendants Ga-Rew Corporation (hereinafter, "Ga-Rew") and Kaga Hasegawa (hereinafter, "Inventor," with Ga-Rew and Inventor being collectively referred to herein as "Ga-Rew/Inventor") have settled, and, as part of this settlement, signed the attached Final Judgment as to Ga-Rew/Inventor (the "Final Judgment as to Ga-Rew/Inventor"). Dehn hereby moves the Court to enter this Final Judgment as to Ga-Rew/Inventor.

During the settlement negotiations in California, Ga-Rew/Inventor's prior counsel Knobbe Martens had a conflict arise and thus another experienced patent litigation counsel, Neal M. Cohen, took over representation of Ga-Rew/Inventor for settlement discussions. Mr. Cohen is not admitted to practice in Texas but is admitted to practice in California, and represented Ga-Rew/Inventor during the settlement negotiations. Mr.

Cohen reviewed the attached Final Judgment on behalf of Ga-Rew/Inventor, and his signature is shown therein. Due to the circumstances of Mr. Cohen's involvement on a rush basis, Dehn and Ga-Rew/Inventor, through counsel, request the Court allow this judgment to be entered with Mr. Cohen's signature, even though he has not appeared in this action and is not admitted to practice in Texas. Mr. Cohen and the remaining defendants are listed on the certificate of service included herewith.

Respectfully submitted,

s/Eric B. Meyertons
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
 KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF
DEHN INNOVATIONS, LLC**

Neal Cohen
California Bar No. 184978
Vista IP Law Group, LLP
2040 Main Street, Suite 710
Irvine, California 92614
(949) 724-1849 (telephone)
(949) 625-8955 (facsimile)
(NOT ADMITTED IN TEXAS)

**ATTORNEY FOR KAGA HASEGAWA
AND GA-REW CORP.**

2

## Certificate of Service

On February 4, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record shown below electronically or via first class mail, postage prepaid, as authorized by Federal Rule of Civil Procedure 5 (b)(2):

Neal Cohen
2040 Main Street, Suite 710
Irvine, California 92614
nmc@viplawgroup.com

Jerry Heilian
Total Import Solutions
511 S. Harbor Boulevard, Unit P
La Habra, CA 90631
paotingheilian@nanoskinusa.com

Steven Levy
c/o Benami Corporation
45 Hicks Street
Lindenhurst, New York 11757

s/Eric B. Meyertons
Eric B. Meyertons