UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Dehn's Innovations LLC | § § § § § § § § § § § § § § § § | Civil Action No.<br><br>3:11-cv-3042<br><br><br>JURY TRIAL DEMANDED |
| Plaintiff, | | |
| v. | | |
| Total Import Solutions, Inc. d/b/a Nanoskin Car Care Products, Ga-Rew Corp., Kaga Hasegawa, an Individual, and Steven Levy, an Individual | | |
| Defendants. | | |

## ORDER

The motion of Plaintiff Dehn's Innovations, LLC to enter the Final Judgment as to Defendants Ga-Rew Corp. and Kaga Hasegawa is granted.

IT IS SO ORDERED, this _____ day of February 2013.

_____
UNITED STATES DISTRICT JUDGE