UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Dehn's Innovations LLC** | § | |
| | § | **Civil Action No.** |
| **Plaintiff,** | § | |
| | § | **3:11-cv-3042** |
| v. | § | |
| | § | |
| **Total Import Solutions, Inc. d/b/a** | § | |
| **Nanoskin Car Care Products, Ga-Rew** | § | **JURY TRIAL DEMANDED** |
| **Corp., Kaga Hasegawa, an** | § | |
| **Individual, and Steven Levy,** | § | |
| **an Individual** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANTS TOTAL IMPORT SOLUTIONS, INC. D/B/A NANOSKIN CAR CARE PRODUCTS AND STEVE LEVY

Plaintiff Dehn's Innovations, LLC (hereinafter "Dehn") and Defendants Ga-Rew Corporation (hereinafter, "Ga-Rew") and Kaga Hasegawa ("Inventor") previously settled and, as part of this settlement, signed a Final Judgment as to Ga-Rew/Inventor (the "Final Judgment as to Ga-Rew/Inventor"). A motion for entry of this Final Judgment as to Ga-Rew/Inventor was filed on February 4, 2013. This motion is pending.

Subsequently, the remaining defendants in the case each hired attorneys for the purposes of settlement, and Dehn has now entered into settlement agreements with all of the remaining defendants in the case. As such, all of the parties in the case have now settled.

As part of the settlement with Defendant Total Import Solutions, Inc. d/b/a Nanoskin Car Care Products ("Total Import Solutions"), Dehn and Total Import

Solutions signed the attached Judgment As To Defendant Total Import Solutions, Inc. d/b/a Nanoskin Car Care Products. Dehn respectfully requests that the Court enter this Judgment.

As part of the settlement with Defendant Steven Levy, Dehn and Steven Levy signed the attached Final Judgment As To Defendant Steve Levy.  Dehn respectfully requests that the Court enter this Judgment.

Respectfully submitted,

s/Eric B. Meyertons
Eric B. Meyertons
Texas State Bar No. 14004400
Dwayne K. Goetzel
Texas State Bar No. 08059500
Ryan T. Beard
Texas State Bar No. 24012264
MEYERTONS, HOOD, KIVLIN,
   KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.
Building 2, Suite 300
Austin, Texas 78746
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF
DEHN INNOVATIONS, LLC**

## Certificate of Service

On February 4, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record shown below electronically or via first class mail, postage prepaid, as authorized by Federal Rule of Civil Procedure 5 (b)(2):

Neal Cohen
Attorney for Ga-Rew, Corp. and Kaga Hasegawa for the purposes of settlement
2040 Main Street, Suite 710
Irvine, California 92614
nmc@viplawgroup.com

Jerry Heilian
Total Import Solutions
511 S. Harbor Boulevard, Unit P
La Habra, CA 90631
paotingheilian@nanoskinusa.com

Paul Maddock
Attorney for Total Import Solutions for the purposes of settlement
Senniger Powers
100 North Broadway, Suite 1700
St. Louis, MO 63102
PMaddock@senniger.com

Steven Levy
c/o Benami Corporation
45 Hicks Street
Lindenhurst, New York 11757

Stephen Silberling
Attorney for Steven Levy for the purposes of settlement
300 Rabro Drive, Suite 128
Hauppauge, NY 11788
silberling@bluebottle.com

                                            s/Eric B. Meyertons
                                            Eric B. Meyertons